UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

S.Y.,

    Plaintiff,                                        Case No.: 3:14-cv-187

vs.

COMMISSIONER                               Magistrate Judge Michael J. Newman
OF SOCIAL SECURITY,              (Consent Case)

    Defendant.

**ORDER AND ENTRY: (1) GRANTING THE JOINT, UNOPPOSED MOTION FOR REMAND (DOC. 13); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR PROCEEDINGS CONSISTENT WITH THIS ORDER; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

        This Social Security disability benefits appeal is presently before the undersigned for disposition based upon the parties' full consent. Doc. 4. The parties jointly move for an Order remanding this case for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g), and for the entry of judgment pursuant to Fed. R. Civ. P. 58. Doc. 13. The parties jointly request that, upon remand, the Appeals Council remand the matter to the Administrative Law Judge ("ALJ") for a new hearing and a new disability decision with instructions to the ALJ to: give further consideration to each medical source opinion of record, in particular those of the examining and non-examining consultants from the time period in question; and to explain the weight given each opinion. *Id*.

        For good cause shown, and because the requirements of a Sentence Four remand have been satisfied, **IT IS ORDERED THAT:** (1) the ALJ's non-disability finding is found unsupported by substantial evidence, and the parties' joint, unopposed motion for a Sentence Four remand is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the

Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with this Order, including but not limited to further consideration of medical source opinions of record and further explanation of the weight given each opinion; and (3) this case is **TERMINATED** upon the Court's docket. The Clerk is **ORDERED** to enter judgment accordingly.

    **IT IS SO ORDERED.**


Date:  January 14, 2015                        *s/ Michael J. Newman*
                                                              Michael J. Newman
                                                             United States Magistrate Judge